UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>DANIEL F HAINES, et al.,<br><br>             Defendants. | CASE NO. C13-5082 BHS<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court sua sponte.

On March 18, 2013, Jay L. Depew filed a notice of appearance, appearing *pro se* as "Trustee" for Defendant Tradewind Investments ("Tradewind"). Dkt. 9 & 9-1. Tradewind appears to be a business entity and is not represented by an attorney.

"A business entity, except a sole proprietorship, must be represented by counsel." W.D. Local Civil Rules ("LRC") 7(b)(3). Failure to comply with court rules subjects a non-complying party to possible sanctions and penalties:

> An attorney or party who without just cause fails to comply with any of the Federal Rules of Civil or Criminal Procedure, these rules, or an order of the court, or who presents to the court unnecessary motions or unwarranted opposition to motions, or who fails to prepare for presentation to the court, or who otherwise so multiplies or obstructs the proceedings in a case may,

ORDER - 1

1     in addition to or in lieu of the sanctions and penalties provided elsewhere in these rules, be required by the court to satisfy personally such excess costs and may be subject to such other sanctions as the court may deem appropriate.

LRC 11.

    Based on the foregoing, Tradewind is ordered to show cause why it should not face sanctions or penalities. By April 25, 2013, Tradewind must file a brief no longer than three pages showing cause. In the alternative, counsel for Tradewind may file a notice of appearance by April 30, 2013.

    IT IS SO ORDERED.

    Dated this 22nd day of April, 2013.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge