1

2

3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

4

5

6

7

8

9

UNITED STATES OF AMERICA,

                        Plaintiff,

        v.

DANIEL F. HAINES, et al.,

                        Defendants.

CASE NO. C13-5082 BHS

ORDER GRANTING
UNOPPOSED MOTION FOR
ENLARGMENT OF TIME

10

11

12

13

14

15

        This matter comes before the Court on Defendant Daniel F. Haines's ("Haines")

motion for enlargement of time (Dkt. 68) to respond to the Government's motion for

summary judgment against Haines and default judgment against Defendant Tradewind

Investments (Dkt. 65).  The Court has considered the pleadings filed in support of the

motion and the Government's response indicating that they do not oppose Haines's

request for an extension (Dkt. 69) and hereby grants the motion.

16

17

        Haines must file his response to the Government's motion by May 12, 2014. The

motion is renoted for consideration on May 16, 2014.

18

        **IT IS SO ORDERED.**

19

        Dated this 16th day of April, 2014.

20

21

22

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER