IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DANIEL F. HAINES; YOSHIKO S. HAINES; PIERCE COUNTY; and TRADEWIND INVESTMENTS,<br><br>　　　　Defendants. | Case No. C 13-5082 BHS<br><br>**AMENDED JUDGMENT IN A CIVIL CASE** |

　　　This order supersedes and replaces the Court's prior Judgment (Dkt. 92).

__　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX　　Decision by Court. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　　THE COURT HAS ORDERED THAT the Government's motion for summary judgment is GRANTED.  IT IS HEREBY ORDERED AND ADJUDGED THAT:

AMENDED JUDGMENT
(Case No. C13-5082 BHS)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202.307.2956

  A. Judgment is entered against Daniel F. Haines and in favor of the United States in the amount of $818,083.95, plus additional interest and penalties accruing from March 21, 2014, until paid, pursuant to 26 U.S.C. §§ 6601, 6621 and 6622, and 28 U.S.C. § 1961(c);

  B. Default judgment is entered against Tradewind Investments and in favor of the United States, and Tradewind Investments has no interest in the subject property or any proceeds of its sale;

  C. The United States has valid and subsisting federal tax liens arising from the liabilities set forth on paragraph (A) on all property and rights to property of Mr. Haines, including the subject property;

  D. The United States' federal tax liens against against the subject property are foreclosed, and the subject property shall be sold pursuant to 26 U.S.C. § 7403 and 28 U.S.C. § 2001, the net proceeds to be disbursed in the order of priority as previously determined among defendants who have claimed an interest in the property in this case (Dkt. 14); and

  E. The United States shall submit a proposed Order of Sale of the subject property.

Dated this 24th day of October, 2014.



_____
Gretchen Craft, Deputy Clerk
on behalf of William M. McCool,
Clerk of the Court

AMENDED JUDGMENT
(Case No. C13-5082 BHS)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202.307.2956